**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John Lewis RUSH, Petitioner**

**No. 203 WAL 2017**

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**IN the INTEREST OF: D.A.B., JR., a Minor**

**Petition of: A.D.B., Father**

**No. 351 EAL 2017**

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sidney P. JONES, Petitioner**

**No. 346 MAL 2017**

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.